| Creditor: | Specialized Loan Servicing LLC |
|---|---|
| Debtor: | Terri L Ayers |
| Case No.: | 17-22100 |
| Loan No.: | xxxxxx4269 |
| Our File No.: | 4127-N-1929 |
| Collateral: | 234 Winston Street, Pittsburgh, PA 15207 |

**PAYMENTS RECEIVED**

| | |
|---|---|
| Loan Status as of: | 5/25/2018 |
| Initial Due Date: | 6/7/2017 |

| Date Received | Amount Received | Due Date | Amount Due | NSF/Late Charges/Other | Paid Over/Short | Description |
|---|---|---|---|---|---|---|
| | $ - | 6/7/2017 | $ 198.79 | $ - | $ (198.79) | Payment Accrued |
| | $ - | 7/7/2017 | $ 198.79 | $ - | $ (198.79) | Payment Accrued |
| | $ - | 8/7/2017 | $ 198.79 | $ - | $ (198.79) | Payment Accrued |
| | $ - | 9/7/2017 | $ 198.79 | $ - | $ (198.79) | Payment Accrued |
| | $ - | 10/7/2017 | $ 198.79 | $ - | $ (198.79) | Payment Accrued |
| | $ - | 11/7/2017 | $ 198.79 | $ - | $ (198.79) | Payment Accrued |
| | $ - | 12/7/2017 | $ 198.79 | $ - | $ (198.79) | Payment Accrued |
| | $ - | 1/7/2018 | $ 198.79 | $ - | $ (198.79) | Payment Accrued |
| | $ - | 2/7/2018 | $ 198.79 | $ - | $ (198.79) | Payment Accrued |
| | $ - | 3/7/2018 | $ 198.79 | $ - | $ (198.79) | Payment Accrued |
| | $ - | 4/7/2018 | $ 198.79 | $ - | $ (198.79) | Payment Accrued |
| | $ - | 5/7/2018 | $ 198.79 | $ - | $ (198.79) | Payment Accrued |
| **Total:** | $ - | | $ 2,385.48 | $ - | $ (2,385.48) | |

| Delinquent Payments | Days Delinquent: | 352 | | |
|---|---|---|---|---|
| Month Due | P&I Due | Escrow Due | Stip Due | Total Due |
| 6/7/2017 | $ 198.79 | $ - | $ - | $ 198.79 |
| 7/7/2017 | $ 198.79 | $ - | $ - | $ 198.79 |
| 8/7/2017 | $ 198.79 | $ - | $ - | $ 198.79 |
| 9/7/2017 | $ 198.79 | $ - | $ - | $ 198.79 |
| 10/7/2017 | $ 198.79 | $ - | $ - | $ 198.79 |
| 11/7/2017 | $ 198.79 | $ - | $ - | $ 198.79 |
| 12/7/2017 | $ 198.79 | $ - | $ - | $ 198.79 |
| 1/7/2018 | $ 198.79 | $ - | $ - | $ 198.79 |
| 2/7/2018 | $ 198.79 | $ - | $ - | $ 198.79 |
| 3/7/2018 | $ 198.79 | $ - | $ - | $ 198.79 |
| 4/7/2018 | $ 198.79 | $ - | $ - | $ 198.79 |
| 5/7/2018 | $ 198.79 | $ - | $ - | $ 198.79 |
| Delinquency | | | | $ 2,385.48 |
| Less Suspense | | | | $ - |
| Total Delinquency | | | | $ 2,385.48 |