**Form 213**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Terri L. Ayers**
   Debtor(s)

Bankruptcy Case No.: 17–22100–GLT
Related to Docket No. 60
Chapter: 13
Docket No.: 61 – 60
Concil. Conf.: March 21, 2019 at 10:00 AM

## ORDER

    **WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

    **IT IS HEREBY ORDERED** that, on or before **January 28, 2019,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

    **IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

    On or before **February 12, 2019,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

    On **March 21, 2019** at **10:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

    If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

    This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: December 14, 2018

cm: All Creditors and Parties In Interest

Gregory L. Taddonio, Judge
United States Bankruptcy Court

## INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

> Ronda J. Winnecour, Trustee
> P.O. Box 84051
> Chicago, IL 60689–4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 17-22100-GLT
Terri L. Ayers                                                        Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel              Page 1 of 2              Date Rcvd: Dec 14, 2018
                              Form ID: 213            Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 16, 2018.
```
db             +Terri L. Ayers,    6259 Leechburg Road,    Verona, PA 15147-3511
cr             +JPMorgan Chase Bank, National Association,    3415 Vision Drive,    Columbus, OH 43219-6009
cr             +Pittsburgh Water & Sewer Authority,    Goehring, Rutter, and Boehm,
                 437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA   15219,
                 UNITED STATES 15219-6101
14520909       +Account Recovery Services, Inc.,    PO Box 7648,    Goodyear, AZ 85338-0645
14707841        Citibank, N.A.,    c/o Quantum3 Group LLC,    PO Box 280,    Kirkland, WA  98083-0280
14707470        Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA  98083-0657
14520910        Department of Education,    MOHELA,   PO Box 105347,    Atlanta, GA 30348-5347
14520911        Ditronics Financial Services,    c/o Account Recovery Service, Inc.,    PO Box 7648,
                 Goodyear, AZ 85338-0645
14520913        Goodyear Credit Plan,    PO Box 9001006,    Louisville, KY 40290-1006
14520915       #JPMorgan Chase Bank N.A.,    PO Box 100564,    Florence, SC 29502-0564
14698131        JPMorgan Chase Bank, N.A.,    Chase Records Center,,    ATTN: Correspondence Mail,,
                 Mail Code LA4-5555, 700 Kansas Lane,,    Monroe, LA 71203
14520916        Macy's,   PO Box 9001094,    Louisville, KY 40290-1094
14520917        Macy's American Express,    PO Box 9001108,    Louisville, KY 40290-1108
14520920       +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
14520921        PNC Bank,    PO Box 856177,    Louisville, KY 40285-6177
14690817       +PNC Bank, N.A.,    PO BOX 94982,    Cleveland, OH 44101-4982
14661862       +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Avenue,
                 Pittsburgh, PA 15233-1828
14660975       +Pittsburgh Water & Sewer Authority,    Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
                 437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
14520922        Sears Credit Cards,    PO Box 9001055,    Louisville, KY 40290-1055
14520923        Specialized Loan Servicing LLC,    P.O. Box 105219,    Atlanta, GA 30348-5219
14520925        UPMC Health Services,    PO Box 371472,    Pittsburgh, PA 15250-7472
14631604       +US Dept of Education/MOHELA,    633 Spirit Dr,    Chesterfield MO 63005-1243
14641293        Wells Fargo Bank, N.A.,    Default Document Processing,    N9286-01Y,    1000 Blue Gentian Road,
                 Eagan MN 55121-7700
14520927       +Wells Fargo Home Mortgage,    P.O. Box 11701,    Newark, NJ 07101-4701
14644184       +Wilmington Savings Fund Society,FSB Trustee(See410,    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 15 2018 02:53:36
                 PRA  Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
14711039       +E-mail/Text: kburkley@bernsteinlaw.com Dec 15 2018 02:34:41       Duquesne Light Company,
                 c/o Allison L. Carr,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
14520912       +E-mail/Text: kburkley@bernsteinlaw.com Dec 15 2018 02:34:41       Duquesne Light Company,
                 411 Seventh Avenue,    Pittsburgh, PA 15219-1942
14520914        E-mail/Text: cio.bncmail@irs.gov Dec 15 2018 02:33:23       Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
14648317        E-mail/PDF: cbp@onemainfinancial.com Dec 15 2018 02:41:40       ONEMAIN,    P.O. BOX 3251,
                 EVANSVILLE, IN 47731-3251
14520918        E-mail/PDF: cbp@onemainfinancial.com Dec 15 2018 02:41:11       OneMain Financial,
                 PO Box 742536,    Cincinnati, OH 45274-2536
14520919       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 15 2018 02:33:50       PA Department of Revenue,
                 Bankruptcy Division,    P.O. Box 280946,    Harrisburg, PA 17128-0946
14772795        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 15 2018 03:15:45
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
14522538       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 15 2018 02:41:22
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14640657        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 15 2018 02:33:50
                 Pennsylvania Department of Revenue,    Bankruptcy division, P O Box 280946,
                 Harrisburg P A 17128-0946
14520924        E-mail/PDF: gecsedi@recoverycorp.com Dec 15 2018 02:41:14       Synchrony Bank / JCP,
                 PO Box 960090,    Orlando, FL 32896-0090
14670645        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 15 2018 02:42:27       Verizon,
                 by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
14520926        E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Dec 15 2018 02:33:10
                 Verizon,    PO Box 15124,    Albany, NY 12212-5124
                                                                                               TOTAL: 13
```

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr              Duquesne Light Company
cr              WELLS FARGO BANK, N.A.
cr              Wilmington Savings Fund Society, FSB, DBA Christia
```

```
District/off: 0315-2          User: jhel                Page 2 of 2                  Date Rcvd: Dec 14, 2018
                              Form ID: 213              Total Noticed: 38
cr*           +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
cr*           +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
               Pittsburgh, PA 15233-1828
                                                                                              TOTALS: 3, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 14, 2018 at the address(es) listed below:
```
              James  Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, DBA Christiana
               Trust, not in its individual capacity, but solely in its capacity as Owner Trustee for WF 19
               Grantor Trust bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jill  Manuel-Coughlin    on behalf of Creditor    WELLS FARGO BANK, N.A. jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
              Kenneth M. Steinberg    on behalf of Debtor Terri L. Ayers julie.steidl@steidl-steinberg.com,
               kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;lesl
               ie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@stei
               dl-steinberg.com
              Kevin Scott Frankel    on behalf of Creditor    JPMorgan Chase Bank, National Association
               pabk@logs.com
              Kristen D. Little    on behalf of Creditor    JPMorgan Chase Bank, National Association
               pabk@logs.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                              TOTAL: 10
```