**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

11/15/2021

IN RE:

TERRI L. AYERS
6259 LEECHBURG ROAD
VERONA, PA 15147
XXX-XX-4253          Debtor(s)

Case No. 17-22100 GLT

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

11/15/2021

<u>/s/Trustee'sAdministrativAssistant</u>
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

---

**SYNCHRONY BANK**
C/O PRA RECEIVABLES MANAGEMENT LLC
PO BOX 41021
NORFOLK, VA 23541

Trustee Claim Number: 1   INT %: 0.00%
Court Claim Number:
CLAIM: 0.00
COMMENT: JCP/PRAE

CRED DESC: NOTICE ONLY
ACCOUNT NO.: 2459

---

**BERNSTEIN BURKLEY PC**
601 GRANT ST - 9TH FL
PITTSBURGH, PA 15219

Trustee Claim Number: 2   INT %: 0.00%
Court Claim Number:
CLAIM: 0.00
COMMENT: DUQ LITE/RPAE

CRED DESC: NOTICE ONLY
ACCOUNT NO.:

---

**KEVIN S FRANKEL ESQ**
SHAPIRO & DENARDO LLC
3600 HORIZON DR STE 150
KING OF PRUSSIA, PA 19406

Trustee Claim Number: 3   INT %: 0.00%
Court Claim Number:
CLAIM: 0.00
COMMENT: JPMORGAN CHASE/PRAE

CRED DESC: NOTICE ONLY
ACCOUNT NO.:

---

**PEOPLES NATURAL GAS CO LLC***
ATTN BANKRUPTCY DEPARTMENT
375 NORTH SHORE DR
PITTSBURGH, PA 15212

Trustee Claim Number: 4   INT %: 0.00%
Court Claim Number:
CLAIM: 0.00
COMMENT: /PRAE

CRED DESC: NOTICE ONLY
ACCOUNT NO.:

---

**JILL MANUEL-COUGHLIN ESQ**
POWERS KIRN & ASSOCIATES LLC
EIGHT NESHAMINITY INTERPLEX - STE 215
TREVOSE, PA 19053

Trustee Claim Number: 5   INT %: 0.00%
Court Claim Number:
CLAIM: 0.00
COMMENT: WELLS FARGO BANK/PRAE

CRED DESC: NOTICE ONLY
ACCOUNT NO.:

---

**JPMORGAN CHASE BANK NA**
3415 VISION DR
MAIL CODE OH4-7142
COLUMBUS, OH 43219

Trustee Claim Number: 6   INT %: 0.00%
Court Claim Number: 14
CLAIM: 0.00
COMMENT: RS/OE*SURR/PL*CL=24442.82

CRED DESC: MORTGAGE REGULAR PAYMEN
ACCOUNT NO.: 0558

---

**PITTSBURGH WATER & SEWER AUTHORITY(*)**
1200 PENN AVENUE
PITTSBURGH, PA 15222

Trustee Claim Number: 7   INT %: 0.00%
Court Claim Number: 8
CLAIM: 0.00
COMMENT: RS/OE*56R108;THRU 5/18/17*SURR/PL*CL=3926.93*DK

CRED DESC: SECURED CREDITOR
ACCOUNT NO.: R108

---

**PNC BANK NA**
POB 94982
CLEVELAND, OH 44101

Trustee Claim Number: 8   INT %: 4.24%
Court Claim Number: 13
CLAIM: 3,425.13
COMMENT: CL13GOVS*3450.23@5%/PL@K~PL NT K*CL:3451.03~PIF/CR/LTR

CRED DESC: VEHICLE
ACCOUNT NO.: 0782

---

**WILMINGTON SAVINGS FUND SOCIETY FSB DB**
C/O SPECIALIZED LOAN SERVICING LLC
PO BOX 636007
LITTLETON, CO 80163

Trustee Claim Number: 9   INT %: 0.00%
Court Claim Number: 4
CLAIM: 0.00
COMMENT: RS/OE*SURR/PL*9469.29/CL

CRED DESC: MORTGAGE REGULAR PAYMEN
ACCOUNT NO.: 4269

---

**WELLS FARGO BANK NA**
ATTN PAYMENT PROCESSING MAC# F2302 04C
ONE HOME CAMPUS
DES MOINES, IA 50328

Trustee Claim Number: 10   INT %: 0.00%
Court Claim Number: 3
CLAIM: 0.00
COMMENT: PMT/DECL*DK4PMT-LMT*BGN 6/17*STIP OE@D

CRED DESC: MORTGAGE REGULAR PAYMEN
ACCOUNT NO.: 5757

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **INTERNAL REVENUE SERVICE*** <br> CENTRALIZED INSOLVENCY-TRUSTEE REMITS <br> PO BOX 7317 <br> PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 11  INT %: 0.00% <br> Court Claim Number: 7 <br> CLAIM: 7,980.81 <br> COMMENT: CL7GOV*$CL-PL@3%/PL | CRED DESC: PRIORITY CREDITOR <br> ACCOUNT NO.: 4253 |
| **PA DEPARTMENT OF REVENUE*** <br> BUR OF COMPL SECT-DEPT 280946 <br> STRAWBERRY SQ <br> HARRISBURG, PA 17128 | Trustee Claim Number: 12  INT %: 0.00% <br> Court Claim Number: 2 <br> CLAIM: 1,721.66 <br> COMMENT: CL2GOV*$CL-PL@3%/PL | CRED DESC: PRIORITY CREDITOR <br> ACCOUNT NO.: 4253 |
| **ACCOUNT RECOVERY SERVICES** <br> PO BOX 7648 <br> GOODYEAR, AZ 85338 | Trustee Claim Number: 13  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 4282 |
| **US DEPARTMENT OF EDUCATION/MOHELA** <br> PO BOX 790233 <br> ST LOUIS, MO 63179 | Trustee Claim Number: 14  INT %: 0.00% <br> Court Claim Number: 1 <br> CLAIM: 29,921.67 <br> COMMENT: 5386/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 4253 |
| **DITRONICS FINANCIAL SERVICES** <br> POB 7648 <br> GOODYEAR, AZ 85338 | Trustee Claim Number: 15  INT %: 0.00% <br> Court Claim Number: 5 <br> CLAIM: 675.00 <br> COMMENT: 4282/SCH*RET'D CHK FEES | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 8642 |
| **DUQUESNE LIGHT COMPANY*** <br> ATTN: TARA R PFEITER, LITIGATION COUNSEL <br> 411 7TH AVE <br> MAIL DROP 16-1 <br> PITTSBURGH, PA 15219 | Trustee Claim Number: 16  INT %: 0.00% <br> Court Claim Number: 19 <br> CLAIM: 546.86 <br> COMMENT: NO ACCT/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 4253 |
| **CITIBANK NA**** <br> C/O QUANTUM3 GROUP LLC <br> PO BOX 280 <br> KIRKLAND, WA 98083-0280 | Trustee Claim Number: 17  INT %: 0.00% <br> Court Claim Number: 18 <br> CLAIM: 238.00 <br> COMMENT: GOODYEAR | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 0415 |
| **DEPARTMENT STORES NATIONAL BANK** <br> C/O QUANTUM3 GROUP LLC <br> PO BOX 657 <br> KIRKLAND, WA 98083-0657 | Trustee Claim Number: 18  INT %: 0.00% <br> Court Claim Number: 15 <br> CLAIM: 1,122.65 <br> COMMENT: MACYS | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 4560 |
| **DEPARTMENT STORES NATIONAL BANK** <br> C/O QUANTUM3 GROUP LLC <br> PO BOX 657 <br> KIRKLAND, WA 98083-0657 | Trustee Claim Number: 19  INT %: 0.00% <br> Court Claim Number: 16 <br> CLAIM: 1,264.90 <br> COMMENT: MACYS*AMEX/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 3844 |
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT** <br> PO BOX 12914 <br> NORFOLK, VA 23541 | Trustee Claim Number: 20  INT %: 0.00% <br> Court Claim Number: 6 <br> CLAIM: 6,897.83 <br> COMMENT: FR ONEMAIN-DOC 50 | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 0742 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **PNC BANK NA**<br>POB 94982<br><br>CLEVELAND, OH  44101 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number: 12<br>CLAIM: 7,177.99<br>COMMENT: 5757/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7347 |
| **CITIBANK NA**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 280<br>KIRKLAND, WA  98083-0280 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number: 17<br>CLAIM: 5,468.14<br>COMMENT: SEARS GOLD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7061 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~JCP/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4591 |
| **UPMC HEALTH SERVICES**<br>PO BOX 371472<br><br>PITTSBURGH, PA  15250 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1545 |
| **VERIZON BY AMERICAN INFOSOURCE LP - AGE**<br>PO BOX 248838<br><br>OKLAHOMA CITY, OK  73124-8838 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number: 11<br>CLAIM: 368.48<br>COMMENT: 0188/SCH*CHG OFF 4/1/2017 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br>HARRISBURG, PA  17128 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 85.80<br>COMMENT: NO GEN UNS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4253 |
| **WELLS FARGO BANK NA**<br>ATTN PAYMENT PROCESSING MAC# F2302 04C<br>ONE HOME CAMPUS<br>DES MOINES, IA  50328 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 4,499.01<br>COMMENT: $/CL-PL*THRU 5/17*STIP INCORPORATED | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 5757 |
| **WILMINGTON SAVINGS FUND SOCIETY FSB DB**<br>C/O SPECIALIZED LOAN SERVICING LLC<br>PO BOX 636007<br>LITTLETON, CO  80163 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 0.00<br>COMMENT: RS/OE*SURR/PL | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 4269 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA  19101-7317 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 79.52<br>COMMENT: NO GEN UNS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4253 |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA  15212 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 377.61<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5047 |

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **VERIZON BY AMERICAN INFOSOURCE LP - AGE**<br>PO BOX 248838<br>OKLAHOMA CITY, OK  73124-8838 | Trustee Claim Number: 31  INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 184.15<br>COMMENT: ACCT NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **BRIAN C NICHOLAS ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA  19106 | Trustee Claim Number: 32  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: SPECIALIZED LN~WILMINGTON/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |