**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>TERRI L. AYERS<br><br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>　　　　Movant<br>　　vs.<br>No Respondents. | Case No.:17-22100<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

June 27, 2022

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 05/18/2017 and confirmed on 7/24/17 . The case was subsequently Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 101,693.00 |
| Less Refunds to Debtor | 3,595.59 | |
| TOTAL AMOUNT OF PLAN FUND | | 98,097.41 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 4,600.00 | |
|   Trustee Fee | 4,533.98 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 9,133.98 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0558 | | | | |
|   WILMINGTON SAVINGS FUND SOCIETY F | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4269 | | | | |
|   WELLS FARGO BANK NA | 0.00 | 63,013.13 | 0.00 | 63,013.13 |
|     Acct: 5757 | | | | |
|   WELLS FARGO BANK NA | 4,499.01 | 4,499.01 | 0.00 | 4,499.01 |
|     Acct: 5757 | | | | |
|   WILMINGTON SAVINGS FUND SOCIETY F | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4269 | | | | |
|   PITTSBURGH WATER & SEWER AUTHORI | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: R108 | | | | |
|   PNC BANK NA | 3,425.13 | 3,425.13 | 91.67 | 3,516.80 |
|     Acct: 0782 | | | | |
| | | | | 71,028.94 |
| **Priority** | | | | |
|   CHRISTOPHER M FRYE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   TERRI L. AYERS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   IMANI CHRISTIAN ACADEMY | 788.50 | 788.50 | 0.00 | 0.00 |
|     Acct: | | | | |
|   TERRI L. AYERS | 2,807.09 | 2,807.09 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 3,400.00 | 3,400.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KENNETH M STEINBERG ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 1,200.00 | 1,200.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXXX3/22 | | | | |
|   INTERNAL REVENUE SERVICE* | 7,980.81 | 7,980.81 | 0.00 | 7,980.81 |
|     Acct: 4253 | | | | |
|   PA DEPARTMENT OF REVENUE* | 1,721.66 | 1,721.66 | 0.00 | 1,721.66 |
|     Acct: 4253 | | | | |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| | | | | | 9,702.47 |
| Unsecured | | | | | |
| | ACCOUNT RECOVERY SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4282 | | | | |
| | US DEPARTMENT OF EDUCATION/MOHEL | 29,921.67 | 4,527.15 | 0.00 | 4,527.15 |
| | Acct: 4253 | | | | |
| | DITRONICS FINANCIAL SERVICES | 675.00 | 102.13 | 0.00 | 102.13 |
| | Acct: 8642 | | | | |
| | DUQUESNE LIGHT COMPANY* | 546.86 | 82.74 | 0.00 | 82.74 |
| | Acct: 4253 | | | | |
| | CITIBANK NA** | 238.00 | 36.01 | 0.00 | 36.01 |
| | Acct: 0415 | | | | |
| | DEPARTMENT STORES NATIONAL BANK | 1,122.65 | 169.86 | 0.00 | 169.86 |
| | Acct: 4560 | | | | |
| | DEPARTMENT STORES NATIONAL BANK | 1,264.90 | 191.38 | 0.00 | 191.38 |
| | Acct: 3844 | | | | |
| | PRA RECEIVABLES MANAGEMENT LLC - A | 6,897.83 | 1,043.64 | 0.00 | 1,043.64 |
| | Acct: 0742 | | | | |
| | PNC BANK NA | 7,177.99 | 1,086.03 | 0.00 | 1,086.03 |
| | Acct: 7347 | | | | |
| | CITIBANK NA** | 5,468.14 | 827.33 | 0.00 | 827.33 |
| | Acct: 7061 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4591 | | | | |
| | UPMC HEALTH SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1545 | | | | |
| | VERIZON BY AMERICAN INFOSOURCE LP | 368.48 | 55.75 | 0.00 | 55.75 |
| | Acct: 0001 | | | | |
| | PA DEPARTMENT OF REVENUE* | 85.80 | 12.98 | 0.00 | 12.98 |
| | Acct: 4253 | | | | |
| | INTERNAL REVENUE SERVICE* | 79.52 | 12.03 | 0.00 | 12.03 |
| | Acct: 4253 | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 377.61 | 57.13 | 0.00 | 57.13 |
| | Acct: 5047 | | | | |
| | VERIZON BY AMERICAN INFOSOURCE LP | 184.15 | 27.86 | 0.00 | 27.86 |
| | Acct: 0001 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2459 | | | | |
| | BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KEVIN S FRANKEL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | JILL MANUEL-COUGHLIN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | WELLS FARGO BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5757 | | | | |
| | | | | | 8,232.02 |

TOTAL PAID TO CREDITORS                                                               88,963.43

| TOTAL CLAIMED | |
|---|---:|
| PRIORITY | 9,702.47 |
| SECURED | 7,924.14 |
| UNSECURED | 54,408.60 |

Date: 06/27/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
TERRI L. AYERS

      Debtor(s)

Ronda J. Winnecour
      Movant
vs.
No Repondents.

Case No.:17-22100

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                    Case No. 17-22100-GLT

Terri L. Ayers                                                        Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                                     User: auto                                            Page 1 of 4

Date Rcvd: Jun 27, 2022                               Form ID: pdf900                              Total Noticed: 37

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^             Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##           Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Terri L. Ayers, 6259 Leechburg Road, Verona, PA 15147-3511 |
| 14520909 | + | Account Recovery Services, Inc., PO Box 7648, Goodyear, AZ 85338-0645 |
| 14520911 | | Ditronics Financial Services, c/o Account Recovery Service, Inc., PO Box 7648, Goodyear, AZ 85338-0645 |
| 14520923 | | Specialized Loan Servicing LLC, P.O. Box 105219, Atlanta, GA 30348-5219 |
| 14641293 | + | Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |
| 14520927 | + | Wells Fargo Home Mortgage, P.O. Box 11701, Newark, NJ 07101-4701 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 27 2022 23:50:52 | JPMorgan Chase Bank, National Association, 3415 Vision Drive, Columbus, OH 43219 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 27 2022 23:51:03 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/Text: ebnpwsa@grblaw.com | Jun 27 2022 23:48:00 | Pittsburgh Water & Sewer Authority, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Jun 28 2022 12:45:59 | Wells Fargo Bank N.A., MAC N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-1663 |
| 14707841 | | Email/Text: bnc-quantum@quantum3group.com | Jun 27 2022 23:48:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 14520916 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 28 2022 00:01:48 | Macy's, PO Box 9001094, Louisville, KY 40290-1094 |
| 14520917 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 28 2022 00:01:43 | Macy's American Express, PO Box 9001108, Louisville, KY 40290-1108 |
| 14707470 | | Email/Text: bnc-quantum@quantum3group.com | Jun 27 2022 23:48:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14520912 | + | Email/Text: kburkley@bernsteinlaw.com | Jun 27 2022 23:49:00 | Duquesne Light Company, 411 Seventh Avenue, Pittsburgh, PA 15219-1942 |
| 14711039 | + | Email/Text: kburkley@bernsteinlaw.com | Jun 27 2022 23:49:54 | Duquesne Light Company, c/o Allison L. Carr,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14520913 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 27 2022 23:51:12 | Goodyear Credit Plan, PO Box 9001006, Louisville, KY 40290-1006 |
| 14520914 | | Email/Text: sbse.cio.bnc.mail@irs.gov | | |

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 27, 2022 | Form ID: pdf900 | Total Noticed: 37 |

| | | | |
|---|---|---|---|
| | | Jun 27 2022 23:48:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14698131 | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 27 2022 23:51:11 | JPMorgan Chase Bank, N.A., Chase Records Center,, ATTN: Correspondence Mail,, Mail Code LA4-5555, 700 Kansas Lane,, Monroe, LA 71203 |
| 14520910 | Email/Text: EBN@Mohela.com | Jun 27 2022 23:48:00 | Department of Education, MOHELA, PO Box 105347, Atlanta, GA 30348-5347 |
| 14631604 | Email/Text: EBN@Mohela.com | Jun 27 2022 23:48:00 | US Dept of Education/MOHELA, 633 Spirit Dr, Chesterfield MO 63005 |
| 14648317 | Email/PDF: cbp@onemainfinancial.com | Jun 27 2022 23:51:02 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14520918 | Email/PDF: cbp@onemainfinancial.com | Jun 27 2022 23:50:52 | OneMain Financial, PO Box 742536, Cincinnati, OH 45274-2536 |
| 14520919 | + Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 27 2022 23:48:00 | PA Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14520920 | Email/Text: Bankruptcy.Notices@pnc.com | Jun 27 2022 23:48:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222-4746 |
| 14520921 | Email/Text: Bankruptcy.Notices@pnc.com | Jun 27 2022 23:48:00 | PNC Bank, PO Box 856177, Louisville, KY 40285-6177 |
| 14690817 | Email/Text: Bankruptcy.Notices@pnc.com | Jun 27 2022 23:48:00 | PNC Bank, N.A., PO BOX 94982, Cleveland, OH 44101-0570 |
| 14772795 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 27 2022 23:50:53 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14522538 | + Email/PDF: rmscedi@recoverycorp.com | Jun 27 2022 23:51:03 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14640657 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 27 2022 23:48:00 | Pennsylvania Department of Revenue, Bankruptcy division, P O Box 280946, Harrisburg P A 17128-0946 |
| 14661862 | + Email/Text: ebnpeoples@grblaw.com | Jun 27 2022 23:48:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14660975 | + Email/Text: ebnpwsa@grblaw.com | Jun 27 2022 23:48:00 | Pittsburgh Water & Sewer Authority, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14520922 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 27 2022 23:50:54 | Sears Credit Cards, PO Box 9001055, Louisville, KY 40290-1055 |
| 14520924 | Email/PDF: gecsedi@recoverycorp.com | Jun 27 2022 23:51:03 | Synchrony Bank / JCP, PO Box 960090, Orlando, FL 32896-0090 |
| 14520925 | ^ MEBN | Jun 27 2022 23:44:48 | UPMC Health Services, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 14670645 | Email/PDF: ebn_ais@aisinfo.com | Jun 27 2022 23:51:11 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14520926 | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jun 27 2022 23:48:00 | Verizon, PO Box 15124, Albany, NY 12212-5124 |
| 14641293 | + Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Jun 28 2022 12:45:59 | Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |
| 14644184 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | Jun 27 2022 23:48:00 | Wilmington Savings Fund Society,FSB Trustee(See410, c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |

TOTAL: 33

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 27, 2022 | Form ID: pdf900 | Total Noticed: 37 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | WELLS FARGO BANK, N.A. |
| cr | | Wilmington Savings Fund Society, FSB, DBA Christia |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | ##+ | Wells Fargo Bank N.A., MAC N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-1663 |
| 14520915 | ## | JPMorgan Chase Bank N.A., PO Box 100564, Florence, SC 29502-0564 |

TOTAL: 3 Undeliverable, 2 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2022          Signature:   /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Amanda Rauer | on behalf of Creditor WELLS FARGO BANK  N.A. amanda.rauer@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;Samantha.gonzalez@pkallc.com;jill@pkallc.com;mary.raynor-paul@pkallc.com;harry.reese@pkallc.com |
| Brian Nicholas | on behalf of Creditor Wilmington Savings Fund Society  FSB, DBA Christiana Trust, not in its individual capacity, but solely in its capacity as Owner Trustee for WF 19 Grantor Trust bnicholas@kmllawgroup.com |
| Christopher M. Frye | on behalf of Debtor Terri L. Ayers chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Jeffrey R. Hunt | on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com |
| Jill Manuel-Coughlin | on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com |
| Kevin Scott Frankel | on behalf of Creditor JPMorgan Chase Bank  National Association pabk@logs.com, logsecf@logs.com |
| Kristen D. Little | on behalf of Creditor JPMorgan Chase Bank  National Association kdlittleecf@gmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-2 | User: auto | Page 4 of 4
Date Rcvd: Jun 27, 2022 | Form ID: pdf900 | Total Noticed: 37

S. James Wallace
                on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

TOTAL: 11