**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Terri L. Ayers<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–4253<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 17–22100–GLT | |

# Order of Discharge                                                                                                                12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Terri L. Ayers

<u>8/12/22</u>                                                                         **By the court:** <u>Gregory L. Taddonio</u>
                                                                                                        United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-22100-GLT |
| Terri L. Ayers | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Aug 12, 2022 | Form ID: 3180W | Total Noticed: 40 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Terri L. Ayers, 6259 Leechburg Road, Verona, PA 15147-3511 |
| 14520909 | + | Account Recovery Services, Inc., PO Box 7648, Goodyear, AZ 85338-0645 |
| 14520911 | | Ditronics Financial Services, c/o Account Recovery Service, Inc., PO Box 7648, Goodyear, AZ 85338-0645 |
| 14520923 | | Specialized Loan Servicing LLC, P.O. Box 105219, Atlanta, GA 30348-5219 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Aug 13 2022 03:18:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 12 2022 23:22:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Aug 13 2022 03:18:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 12 2022 23:22:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | | EDI: JPMORGANCHASE | Aug 13 2022 03:18:00 | JPMorgan Chase Bank, National Association, 3415 Vision Drive, Columbus, OH 43219 |
| cr | + | EDI: PRA.COM | Aug 13 2022 03:18:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/Text: ebnpwsa@grblaw.com | Aug 12 2022 23:22:00 | Pittsburgh Water & Sewer Authority, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | EDI: WFHOME | Aug 13 2022 03:18:00 | Wells Fargo Bank N.A., MAC N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-1663 |
| 14707841 | | EDI: Q3G.COM | Aug 13 2022 03:18:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 14520916 | + | EDI: CITICORP.COM | Aug 13 2022 03:18:00 | Macy's, PO Box 9001094, Louisville, KY 40290-1094 |
| 14520917 | + | EDI: CITICORP.COM | Aug 13 2022 03:18:00 | Macy's American Express, PO Box 9001108, Louisville, KY 40290-1108 |

| Recipient ID | Method | Date | Recipient |
|---|---|---|---|
| 14707470 | EDI: Q3G.COM | Aug 13 2022 03:18:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14520912 | + Email/Text: kburkley@bernsteinlaw.com | Aug 12 2022 23:22:00 | Duquesne Light Company, 411 Seventh Avenue, Pittsburgh, PA 15219-1942 |
| 14711039 | + Email/Text: kburkley@bernsteinlaw.com | Aug 12 2022 23:22:00 | Duquesne Light Company, c/o Allison L. Carr,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14520913 | EDI: CITICORP.COM | Aug 13 2022 03:18:00 | Goodyear Credit Plan, PO Box 9001006, Louisville, KY 40290-1006 |
| 14520914 | EDI: IRS.COM | Aug 13 2022 03:18:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14698131 | EDI: JPMORGANCHASE | Aug 13 2022 03:18:00 | JPMorgan Chase Bank, N.A., Chase Records Center,, ATTN: Correspondence Mail,, Mail Code LA4-5555, 700 Kansas Lane,, Monroe, LA 71203 |
| 14520910 | Email/Text: EBN@Mohela.com | Aug 12 2022 23:22:00 | Department of Education, MOHELA, PO Box 105347, Atlanta, GA 30348-5347 |
| 14631604 | Email/Text: EBN@Mohela.com | Aug 12 2022 23:22:00 | US Dept of Education/MOHELA, 633 Spirit Dr, Chesterfield MO 63005 |
| 14648317 | EDI: AGFINANCE.COM | Aug 13 2022 03:18:00 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14520918 | EDI: AGFINANCE.COM | Aug 13 2022 03:18:00 | OneMain Financial, PO Box 742536, Cincinnati, OH 45274-2536 |
| 14520919 | + EDI: PENNDEPTREV | Aug 13 2022 03:18:00 | PA Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14520919 | + Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 12 2022 23:22:00 | PA Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14520920 | Email/Text: Bankruptcy.Notices@pnc.com | Aug 12 2022 23:22:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222-4746 |
| 14520921 | Email/Text: Bankruptcy.Notices@pnc.com | Aug 12 2022 23:22:00 | PNC Bank, PO Box 856177, Louisville, KY 40285-6177 |
| 14690817 | Email/Text: Bankruptcy.Notices@pnc.com | Aug 12 2022 23:22:00 | PNC Bank, N.A., PO BOX 94982, Cleveland, OH 44101-0570 |
| 14772795 | EDI: PRA.COM | Aug 13 2022 03:18:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14522538 | + EDI: RECOVERYCORP.COM | Aug 13 2022 03:18:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14640657 | EDI: PENNDEPTREV | Aug 13 2022 03:18:00 | Pennsylvania Department of Revenue, Bankruptcy division, P O Box 280946, Harrisburg P A 17128-0946 |
| 14640657 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 12 2022 23:22:00 | Pennsylvania Department of Revenue, Bankruptcy division, P O Box 280946, Harrisburg P A 17128-0946 |
| 14661862 | + Email/Text: ebnpeoples@grblaw.com | Aug 12 2022 23:22:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14660975 | + Email/Text: ebnpwsa@grblaw.com | Aug 12 2022 23:22:00 | Pittsburgh Water & Sewer Authority, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14520922 | EDI: CITICORP.COM | Aug 13 2022 03:18:00 | Sears Credit Cards, PO Box 9001055, Louisville, KY 40290-1055 |
| 14520924 | EDI: RMSC.COM | Aug 13 2022 03:18:00 | Synchrony Bank / JCP, PO Box 960090, Orlando, |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 12, 2022 | Form ID: 3180W | Total Noticed: 40 |

| | | | | |
|---|---|---|---|---|
| | | | | FL 32896-0090 |
| 14520925 | ^ | MEBN | | |
| | | | Aug 12 2022 23:19:13 | UPMC Health Services, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 14670645 | | EDI: AIS.COM | | |
| | | | Aug 13 2022 03:18:00 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14520926 | | EDI: VERIZONCOMB.COM | | |
| | | | Aug 13 2022 03:18:00 | Verizon, PO Box 15124, Albany, NY 12212-5124 |
| 14641293 | + | EDI: WFHOME | | |
| | | | Aug 13 2022 03:18:00 | Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |
| 14520927 | + | EDI: WFFC.COM | | |
| | | | Aug 13 2022 03:18:00 | Wells Fargo Home Mortgage, P.O. Box 11701, Newark, NJ 07101-4701 |
| 14644184 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | | |
| | | | Aug 12 2022 23:22:00 | Wilmington Savings Fund Society,FSB Trustee(See410, c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | WELLS FARGO BANK, N.A. |
| cr | | Wilmington Savings Fund Society, FSB, DBA Christia |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14520915 | ## | JPMorgan Chase Bank N.A., PO Box 100564, Florence, SC 29502-0564 |

TOTAL: 3 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 14, 2022          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Amanda Rauer | |
| | on behalf of Creditor WELLS FARGO BANK N.A. amanda.rauer@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;Samantha.gonzalez@pkallc.com;jill@pkallc.com;mary.raynor-paul@pkallc.com;harry.reese@pkallc.com |
| Brian Nicholas | |
| | on behalf of Creditor Wilmington Savings Fund Society FSB, DBA Christiana Trust, not in its individual capacity, but solely in its capacity as Owner Trustee for WF 19 Grantor Trust bnicholas@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Aug 12, 2022 | Form ID: 3180W | Total Noticed: 40 |

Christopher M. Frye
    on behalf of Debtor Terri L. Ayers chris.frye@steidl-steinberg.com
    julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com

Jeffrey R. Hunt
    on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com

Jill Manuel-Coughlin
    on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com

Kevin Scott Frankel
    on behalf of Creditor JPMorgan Chase Bank  National Association pabk@logs.com, logsecf@logs.com

Kristen D. Little
    on behalf of Creditor JPMorgan Chase Bank  National Association kdlittleecf@gmail.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
    on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com
    ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

TOTAL: 11