IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
8/12/22 10:02 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
    TERRI L. AYERS

        Debtor(s)

Ronda J. Winnecour
        Movant
    vs.
No Repondents.

Case No.:17-22100

Chapter 13

Related to Docket No. 102

ORDER OF COURT

  AND NOW, this _____12th Day of August, 2022_____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE
**drb**

**ENTERED BY DEFAULT**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 17-22100-GLT
Terri L. Ayers  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 4
Date Rcvd: Aug 12, 2022      Form ID: pdf900      Total Noticed: 38

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Terri L. Ayers, 6259 Leechburg Road, Verona, PA 15147-3511 |
| 14520909 | + | Account Recovery Services, Inc., PO Box 7648, Goodyear, AZ 85338-0645 |
| 14520911 | | Ditronics Financial Services, c/o Account Recovery Service, Inc., PO Box 7648, Goodyear, AZ 85338-0645 |
| 14520923 | | Specialized Loan Servicing LLC, P.O. Box 105219, Atlanta, GA 30348-5219 |
| 14520927 | + | Wells Fargo Home Mortgage, P.O. Box 11701, Newark, NJ 07101-4701 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 12 2022 23:29:28 | JPMorgan Chase Bank, National Association, 3415 Vision Drive, Columbus, OH 43219 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 12 2022 23:29:28 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/Text: ebnpwsa@grblaw.com | Aug 12 2022 23:22:00 | Pittsburgh Water & Sewer Authority, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Aug 12 2022 23:29:16 | Wells Fargo Bank N.A., MAC N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-1663 |
| 14707841 | | Email/Text: bnc-quantum@quantum3group.com | Aug 12 2022 23:22:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 14520916 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 12 2022 23:29:14 | Macy's, PO Box 9001094, Louisville, KY 40290-1094 |
| 14520917 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 12 2022 23:29:15 | Macy's American Express, PO Box 9001108, Louisville, KY 40290-1108 |
| 14707470 | | Email/Text: bnc-quantum@quantum3group.com | Aug 12 2022 23:22:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14520912 | + | Email/Text: kburkley@bernsteinlaw.com | Aug 12 2022 23:22:00 | Duquesne Light Company, 411 Seventh Avenue, Pittsburgh, PA 15219-1942 |
| 14711039 | + | Email/Text: kburkley@bernsteinlaw.com | Aug 12 2022 23:22:00 | Duquesne Light Company, c/o Allison L. Carr,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14520913 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 12 2022 23:29:15 | Goodyear Credit Plan, PO Box 9001006, Louisville, KY 40290-1006 |
| 14520914 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 12 2022 23:22:00 | Internal Revenue Service, PO Box 7346, |

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 12, 2022 | Form ID: pdf900 | Total Noticed: 38 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Philadelphia, PA 19101-7346 |
| 14698131 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 12 2022 23:29:28 | JPMorgan Chase Bank, N.A., Chase Records Center,, ATTN: Correspondence Mail,, Mail Code LA4-5555, 700 Kansas Lane,, Monroe, LA 71203 |
| 14520910 | | Email/Text: EBN@Mohela.com | Aug 12 2022 23:22:00 | Department of Education, MOHELA, PO Box 105347, Atlanta, GA 30348-5347 |
| 14631604 | | Email/Text: EBN@Mohela.com | Aug 12 2022 23:22:00 | US Dept of Education/MOHELA, 633 Spirit Dr, Chesterfield MO 63005 |
| 14648317 | | Email/PDF: cbp@onemainfinancial.com | Aug 12 2022 23:29:10 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14520918 | | Email/PDF: cbp@onemainfinancial.com | Aug 12 2022 23:29:10 | OneMain Financial, PO Box 742536, Cincinnati, OH 45274-2536 |
| 14520919 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 12 2022 23:22:00 | PA Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14520920 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 12 2022 23:22:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222-4746 |
| 14520921 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 12 2022 23:22:00 | PNC Bank, PO Box 856177, Louisville, KY 40285-6177 |
| 14690817 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 12 2022 23:22:00 | PNC Bank, N.A., PO BOX 94982, Cleveland, OH 44101-0570 |
| 14772795 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 12 2022 23:29:20 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14522538 | + | Email/PDF: rmscedi@recoverycorp.com | Aug 12 2022 23:29:28 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14640657 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 12 2022 23:22:00 | Pennsylvania Department of Revenue, Bankruptcy division, P O Box 280946, Harrisburg P A 17128-0946 |
| 14661862 | + | Email/Text: ebnpeoples@grblaw.com | Aug 12 2022 23:22:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14660975 | + | Email/Text: ebnpwsa@grblaw.com | Aug 12 2022 23:22:00 | Pittsburgh Water & Sewer Authority, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14520922 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 12 2022 23:29:14 | Sears Credit Cards, PO Box 9001055, Louisville, KY 40290-1055 |
| 14520924 | | Email/PDF: gecsedi@recoverycorp.com | Aug 12 2022 23:29:20 | Synchrony Bank / JCP, PO Box 960090, Orlando, FL 32896-0090 |
| 14520925 | ^ | MEBN | Aug 12 2022 23:19:11 | UPMC Health Services, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 14670645 | | Email/PDF: ebn_ais@aisinfo.com | Aug 12 2022 23:29:20 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14520926 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Aug 12 2022 23:22:00 | Verizon, PO Box 15124, Albany, NY 12212-5124 |
| 14641293 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Aug 12 2022 23:29:24 | Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |
| 14644184 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Aug 12 2022 23:22:00 | Wilmington Savings Fund Society,FSB Trustee(See410, c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |

TOTAL: 33

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 4 |
| Date Rcvd: Aug 12, 2022 | Form ID: pdf900 | Total Noticed: 38 |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | WELLS FARGO BANK, N.A. |
| cr | | Wilmington Savings Fund Society, FSB, DBA Christia |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14520915 | ## | JPMorgan Chase Bank N.A., PO Box 100564, Florence, SC 29502-0564 |

TOTAL: 3 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2022        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Amanda Rauer | on behalf of Creditor WELLS FARGO BANK  N.A. amanda.rauer@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;Samantha.gonzalez@pkallc.com;jill@pkallc.com;mary.raynor-paul@pkallc.com;harry.reese@pkallc.com |
| Brian Nicholas | on behalf of Creditor Wilmington Savings Fund Society  FSB, DBA Christiana Trust, not in its individual capacity, but solely in its capacity as Owner Trustee for WF 19 Grantor Trust bnicholas@kmllawgroup.com |
| Christopher M. Frye | on behalf of Debtor Terri L. Ayers chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Jeffrey R. Hunt | on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com |
| Jill Manuel-Coughlin | on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com |
| Kevin Scott Frankel | on behalf of Creditor JPMorgan Chase Bank  National Association pabk@logs.com, logsecf@logs.com |
| Kristen D. Little | on behalf of Creditor JPMorgan Chase Bank  National Association kdlittleecf@gmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-2 User: auto Page 4 of 4
Date Rcvd: Aug 12, 2022 Form ID: pdf900 Total Noticed: 38

S. James Wallace
                        on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

TOTAL: 11